# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERIC CARTER**  **PETITIONER**
ADC #129514

v.  No. 4:20-cv-1023-DPM-JTR

**DEXTER PAYNE**, Director,
Arkansas Department of Correction  **RESPONDENT**

## ORDER

Carter's motion to extend time to file objections to the recommended disposition, *Doc. 30*, is granted.  Objections due by 29 August 2022.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

5 August 2022