IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC CARTER
ADC #129514                                              PETITIONER

v.                        No. 4:20-cv-1023-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                         RESPONDENT

## JUDGMENT

Carter's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2022